JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MOHAMED YOUNIS ALI,
Petitioner,
v.
WARDEN FCI VICTORVILLE,
Respondent.

Case No. 5:25-cv-03612-SPG-SK.

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: November 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE